```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 16150
    ROXANNE GHANBARI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-6456


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/23/08 .

    2.   The case was dismissed without confirmation, 11/14/2008.

    3.   The Debtor paid a total of $    1628.91 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED VEHIC         .00              .00         813.39
AMERICAN CREDIT BUREAU     UNSECURED       NOT FILED              .00            .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED              .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED              .00            .00
CBCS                       UNSECURED       NOT FILED              .00            .00
ELMHURST MEMORIAL          UNSECURED       NOT FILED              .00            .00
CHRYSLER FINANCIAL CO LL   UNSECURED       NOT FILED              .00            .00
ELMHURST CLINIC            UNSECURED       NOT FILED              .00            .00
ELMHURST MEMORIAL HOSPIT   UNSECURED       NOT FILED              .00            .00
JC PENNEY CO               UNSECURED       NOT FILED              .00            .00
LANE BRYANT                UNSECURED       NOT FILED              .00            .00
NORTHWEST COLLECTORS       UNSECURED       NOT FILED              .00            .00
ELMHURST EMERGENCY MEDIC   UNSECURED       NOT FILED              .00            .00
INSURE ON THE SPOT         UNSECURED       NOT FILED              .00            .00
TRIAD FINANCIAL CORP       UNSECURED       NOT FILED              .00            .00
VILLAGE OF LOMBARD         UNSECURED       NOT FILED              .00            .00
            Summary of disbursements:
------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER          TOTAL

TOTAL CLMS ALLOWED      .00          .00          .00          .00            .00
PRINCIPAL PAID       813.39          .00          .00          .00         813.39
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID           813.39          .00          .00          .00         813.39
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3500.00
and was paid $    831.00   direct and $      .00  through the plan.

The Trustee received $     45.52 .

Refunds to the Debtor totaled $     770.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/10/09                           /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE